# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ANTONIO SANDERS                                                                           PLAINTIFF

V.                        CASE NO. 4:18-CV-706-BSM-BD

PULASKI COUNTY REGIONAL
DETENTION FACILITY, et al.                                                              DEFENDANTS

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. Mr. Sanders may file written objections to this Recommendation if he wishes. Objections should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Sanders may waive the right to appeal questions of fact.

**II.**     **Discussion:**

Tariq Mahdi filed this federal civil rights lawsuit without the help of a lawyer on behalf of himself, Antonio Sanders, and Jeromy Henderson. (Docket entry #1) The Court notified the parties that each Plaintiff's claims would be addressed in a separate lawsuit, in accordance with court policy. (#2)

Later, Mr. Sanders filed a complete application for leave to proceed *in forma pauperis* (IFP), which the Court granted. (#4, #5) In the order granting Mr. Sanders leave to proceed IFP, the Court instructed him to file an amended complaint. As explained in the Order, the complaint filed on Mr. Sanders's behalf did not allege facts showing that the Defendants violated Mr. Sanders's rights, as opposed to Mr. Mahdi's or Mr. Henderson's rights. In the Order requiring Mr. Sanders to file an amended complaint, the Court directed Mr. Sanders to explain how the conduct of each Defendant caused him to suffer harm.

The Court allowed Mr. Sanders thirty days to file his amended complaint and specifically cautioned him that his failure to file an amended complaint, as directed, could result in the dismissal of his claims. Local Rule 5.5. (#5) To date, Mr. Sanders has not filed an amended complaint, and the time for doing so has passed.

### III. Conclusion:

The Court recommends that Mr. Sanders's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's October 3, 2018 Order, and his failure to prosecute this lawsuit.

DATED, this 6th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE