IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTONIO SANDERS                                                              PLAINTIFF

v.                             CASE NO. 4:18-CV-00706 BSM

PULASKI COUNTY REGIONAL
DETENTION FACILITY, et al.                                                  DEFENDANTS

## ORDER

The recommended disposition [Doc. No. 6] submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, this case is dismissed without prejudice due to plaintiff Antonio Sanders's failure to comply with the order dated October 3, 2018 [Doc. No. 5]. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 7th day of December 2018.

UNITED STATES DISTRICT JUDGE