IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANTONIO SANDERS**                                            **PLAINTIFF**

v.                  **CASE NO. 4:18-CV-00706 BSM**

**PULASKI COUNTY REGIONAL
DETENTION FACILITY, et al.**                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of December 2018.

_____
UNITED STATES DISTRICT JUDGE